[No. 18011-1-II.   Division Two.   March 1, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. PATSY ANNETTE SHORT, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-1-00573-1, Milton R. Cox, J., entered January 31, 1994. *Affirmed* by unpublished

1062

opinion per Houghton, A.C.J., concurred in by Morgan, J., and Wiggins, J. Pro Tem.